SEALED



FILED
Jan 20 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/charest DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. '22 CR146 JLS |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Secs. 841(a)(1), (b)(1)(A), and 846 – Conspiracy to Distribute Controlled Substances; Title 21, U.S.C., Secs. 841(a)(1) and (b)(1)(A) – Distribution of Controlled Substances; Title 21, U.S.C., Secs. 952 and 960 – Importation of Controlled Substances; Title 21, U.S.C., Sec. 853 – Criminal Forfeiture |
| ADAN LIMON (3), ELEAZAR VILLEGAS (4), MARIO ALBERTO NUNEZ MURILLO (5), RAFAEL VARELA ANGULO (6), ▮▮▮▮▮▮▮▮▮ CHRISTIAN OLIVAS GONZALEZ (10), JOSE LUIS PELAYO PEREZ (11), MARIVEL DIAZ (12) | |
| Defendants. | |

22MJ00375

The grand jury charges:

Count 1

Beginning no later than October 9, 2019, and continuing to and until September 10, 2020, within the Southern District of California and elsewhere, defendants ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, ADAN LIMON, ELEAZAR VILLEGAS, MARIO ALBERTO NUNEZ MURILLO, RAFAEL VARELA ANGULO, and MARIVEL DIAZ, did knowingly and intentionally conspire and agree with other persons, known and unknown, to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and 846.

OR:nlv:San Diego:1/20/22

## Count 2

Beginning no later than October 1, 2020, and continuing to and until October 13, 2020, within the Southern District of California and elsewhere, defendants ADAN LIMON, ███████████ ███ and JOSE LUIS PELAYO PEREZ, did knowingly and intentionally conspire and agree with other persons, known and unknown, to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and 846.

## Count 3

Beginning no later than December 8, 2020, and continuing to and until December 16, 2020, within the Southern District of California and elsewhere, defendants ███████████, ELEAZAR VILLEGAS, ███ ███ and CHRISTIAN OLIVAS GONZALEZ, did knowingly and intentionally conspire and agree with other persons, known and unknown, to distribute 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and 846.

## Count 4

On or about August 27, 2020, within the Southern District of California and elsewhere, defendant MARIO ALBERTO NUNEZ MURILLO, did knowingly and intentionally distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## Count 5

On or about September 10, 2020, within the Southern District of California and elsewhere, defendant ADAN LIMON, did knowingly and intentionally distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## Count 6

On or about April 25, 2020, within the Southern District of California, defendant MARIVEL DIAZ, did knowingly and intentionally import 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

## Count 7

On or about April 25, 2020, within the Southern District of California, defendant MARIVEL DIAZ, did knowingly and intentionally import 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

## Count 8

On or about October 6, 2020, within the Southern District of California, defendant JOSE LUIS PELAYO PEREZ, did knowingly and intentionally import 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside

thereof; in violation of Title 21, United States Code, Sections 952 and 960.

## Count 9

████████████████████████████████████████████████████████

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 through 9 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. Upon conviction of one and more of the felony offenses alleged in Counts 1 through 9 of this indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants ████████████████████████████████, ADAN LIMON, ELEAZAR VILLEGAS, MARIO ALBERTO NUNEZ MURILLO, RAFAEL VARELA ANGULO, ████████████████████, CHRISTIAN OLIVAS GONZALEZ, JOSE LUIS PELAYO PEREZ, and MARIVEL DIAZ shall, upon conviction, forfeit to the United States all their rights, title and interest in any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the

4

commission of the violations alleged in Counts 1 through 9 of this Indictment.

    3. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

DATED: January 20, 2022.

A TRUE BILL:

_____
Foreperson

RANDY S. GROSSMAN
United States Attorney

By: _____
OWEN ROTH
Assistant U.S. Attorney

I hereby attest and certify on Jan 21, 2022 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

Clerk, U.S. District Court
Southern District of California

By: s/ C. Thephaysone
    Deputy